OPINION — AG — THE OKLAHOMA WATER RESOURCES BOARD MAY DULY PROCESS THE APPLICATION TO USE THE WATER IN QUESTION, WHICH HAS OR MIGHT OVERFLOW THE ADA CITY LAKE, THE PROPOSED WITHDRAWAL POINT BEING IMMEDIATELY BELOW THE DAM SITE. HOWEVER, NAY USE THEREOF BY SAID APPLICATION SHOULD BE SUBJECT TO THE PRIOR RIGHT OF THE CITY OF ADA TO RECLAIM SAID OVERFLOW WATER UNDER 82 O.S. 1961 3 [82-3] CITE: 82 O.S. 1961 102 [82-102] (LEE COOK)